last trial the court below has carefully followed the opinion of this Court. The matters submitted to the jury were largely questions of fact, and have been determined by the jury under a charge free from error.

We have examined the several assignments of error, and find them to be without merit.

No error.

---

JOHN SETZER v. M. L. PLANK AND FORREST FLOYD, TRADING AS PLANK & FLOYD.

(Filed 12 May, 1915.)

**Negligence.**

    This action to recover damages for a personal injury was tried under well settled principles relating to defendant's negligence under the evidence and correct instructions, and no error is found.

APPEAL by defendants from *Adams, J.*, at January Term, 1915, of CLEVELAND.

Civil action, tried upon these issues:

1. Was the plaintiff injured by the negligence of the defendant, as alleged in the complaint? Answer: "Yes."

2. Did the plaintiff, by his own negligence, contribute to his injury, as alleged in the answer? Answer: "No."

3. Did the plaintiff assume the risk of being injured in the manner in which he was injured, as alleged in the answer? Answer: "No."

4. What damage, if any, is plaintiff entitled to recover? Answer: "$100."

The defendants appealed.

*No counsel for plaintiff.*
*Ryburn & Hoey for defendant.*

PER CURIAM. We have examined the record in this case and the several exceptions. We find them to be without merit. His Honor followed the well settled principles of the law of negligence in his instructions to the jury in this case.

No error.